IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. No. 25-6956 |
| Plaintiff-Appellee, | ) | |
| | ) | U.S.D.C. No. 3:22-cr-01152-BAS-1 |
| v. | ) | |
| KARIM ARABI, | ) | **UNOPPOSED MOTION TO** |
| | ) | **EXTEND TIME TO FILE** |
| Defendant-Appellant. | ) | **OPENING BRIEF** |
| | ) | |

Pursuant to Federal Rules of Appellate Procedure 26 and 40(d)(1) as well as Ninth Circuit Rule 31-2.2(b), Appellant Karim Arabi, through undersigned counsel, moves this Court to extend by forty-five (45) days the time for filing the Appellant's Opening Brief from June 26, 2026, until August 10, 2026, for the reasons set forth in the attached declaration of counsel.

Respectfully submitted this 22nd day of June 2026,

s/ Daniel J. Yadron, Jr.
Daniel J. Yadron, Jr.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 544-2726/Fax: (619) 687-2666
Attorney for Defendant-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | U.S.C.A. No. 25-6956 |
| Plaintiff-Appellee, | ) | |
| | ) | U.S.D.C. No. 3:22-cr-01152-BAS-1 |
| v. | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| KARIM ARABI, | ) | **IN SUPPORT OF** |
| | ) | **UNOPPOSED MOTION TO** |
| | ) | **EXTEND TIME TO FILE** |
| Defendant-Appellant. | ) | **OPENING BRIEF** |
| | ) | |
| | ) | |

I, Daniel J. Yadron, Jr., under penalty of perjury, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States Court of Appeals for the Ninth Circuit.

2. I am an employee of Federal Defenders of San Diego, Inc., and in such capacity was appointed by the United States District Court to represent the Defendant-Appellant, Karim Arabi.

4. The Appellant's Opening Brief is due June 26, 2026.

5. I was on parental leave until January 20, 2026. I took over Mr. Arabi's case on February 6, 2026. Mr. Arabi's appeal is one of the most complex cases that I have been assigned in six years of appellate practice. It stems from a five-week jury trial involving complex theories of fraud and intellectual property. Despite

making massive progress, I continue to go through the record and meet with Mr. Arabi in selecting the best issues for appeal while drafting the Opening Brief.

6. On May 4, I filed the near-word-limit Reply Brief in *United States v. Rodriguez-Ramirez*, 24-814. On May 26, I filed the near-word-limit Reply Brief *United States v. Tiedemann*, 25-1409. I am preparing for oral argument in that case on July 7. On April 9, I had to present to the conference of Ninth Circuit Federal Defenders on expert testimony and the Confrontation Clause, which required preparation as well as attendance.

7. Meanwhile, like almost every other appellate federal defender, I am litigating numerous immigration habeas petitions before the district court. Since September 2025, our office has also been inundated with immigration habeas cases. Our appellate unit is the primary appointed counsel for post-removal-order detainees in our district, as instantiated in Chief Judge Order No. 134 (S.D. Cal.). Judges also appoint our office to other, pre-final-removal-order immigration habeas petitions every week. Our unit receives approximately 30 new habeas cases to be split among five attorneys *each week*. I also have been involved in helping our office fill multiple appellate vacancies and brainstorming numerous appeals before this Court.

8. Assistant U.S. Attorney Nicholas Pilchak does not object to this motion, and the court reporter is not in default for any designated transcripts.

9.      I have exercised due diligence and will continue to do so to file within the time requested. I should not require additional time beyond this extension.

I so declare this 22nd day of June, 2026, in San Diego, California.

_s/ Daniel J. Yadron, Jr._
Daniel J. Yadron, Jr.
Declarant