IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>KARIM ARABI,<br>Defendant-Appellant. | U.S.C.A. No. 25-6956<br>U.S.D.C. No. 3:22-cr-01152-BAS-1<br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF** |

Pursuant to Federal Rules of Appellate Procedure 26 and 40(d)(1) as well as Ninth Circuit Rule 31-2.2(b), Appellant Karim Arabi, through undersigned counsel, moves this Court to extend by forty-five (45) days the time for filing the Appellant's Opening Brief from November 9, 2026, until December 9, 2026, for the reasons set forth in the attached declaration of counsel.

Respectfully submitted this 9th day of November 2026,

*s/ Daniel J. Yadron, Jr.*

Daniel J. Yadron, Jr.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
(619) 544-2726/Fax: (619) 687-2666
Attorney for Defendant-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>KARIM ARABI,<br>Defendant-Appellant. | U.S.C.A. No. 25-6956<br>U.S.D.C. No. 3:22-cr-01152-BAS-1<br>**DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF** |

I, Daniel J. Yadron, Jr., under penalty of perjury, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States Court of Appeals for the Ninth Circuit.

2. I am an employee of Federal Defenders of San Diego, Inc., and in such capacity was appointed by the United States District Court to represent the Defendant-Appellant, Karim Arabi.

4. The Appellant's Opening Brief is due November 9, 2026.

5. Mr. Arabi's appeal is one of the most complex cases that I have been assigned in six years of appellate practice. Today, my supervisor told me that it was one of the most complex appeals ever assigned to our office. It stems from a five-week jury trial involving complex theories of fraud and intellectual property. That followed years of pretrial litigation. My office had zero involvement in the

trial, which was handled by retained counsel. That means we started from scratch. I continue to narrow the issues for appeal as I prepare what will certainly be a word-limit Opening Brief that will raise at least one issue of first impression in fraud prosecutions. Mr. Arabi and I are in active discussions about how to frame the issues for appeal. We spoke as recently as September 24, 2026, on that topic.

6. On May 4, I filed the near-word-limit Reply Brief in *United States v. Rodriguez-Ramirez*, 24-814. On May 26, I filed the near-word-limit Reply Brief *United States v. Tiedemann*, 25-1409. On July 7, I had oral argument in the latter case. On April 9, I had to present to the conference of Ninth Circuit Federal Defenders on expert testimony and the Confrontation Clause, which required preparation as well as attendance. On September 3, I presented to CJA panel attorneys on all criminal cases decided by this Court and the Supreme Court in the past year. On September 14, I submitted a petition for rehearing and rehearing en banc in the *Tiedemann* case. On September 10, I submitted a petition for rehearing in *Rodriguez-Ramirez*. On November 12, I am filing a word-limit reply in another complex appeal—*United States v. Hernandez*.

7. I had to take several days off in August for a family medical emergency involving my father. I also had to take two days in September for a long-planned wedding.

8. Meanwhile, like almost every other appellate federal defender, I am litigating numerous immigration habeas petitions before the district court. Since September 2025, our office has also been inundated with immigration habeas cases. Our appellate unit is the primary appointed counsel for post-removal-order detainees in our district, as instantiated in Chief Judge Order No. 134 (S.D. Cal.). Judges also appoint our office to other, pre-final-removal-order immigration habeas petitions every week. Our unit receives approximately 30 new habeas cases to be split among five attorneys *each week*. I also have been involved in helping our office fill multiple appellate vacancies and brainstorming numerous appeals before this Court. Just this week, I have been litigating a motion for an emergency temporary restraining order for a Client from Cuba that ICE seeks to send to the Central African Republic on two-days notice.

9. Assistant U.S. Attorney Nicholas Pilchak does not object to this motion, and the court reporter is not in default for any designated transcripts.

10. I have exercised due diligence and will continue to do so to file within the time requested. I should not require additional time beyond this extension.

I so declare this 9th day of November, 2026, in San Diego, California.

*s/ Daniel J. Yadron, Jr.*
Daniel J. Yadron, Jr.
Declarant